# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARVIN D. BILLUPS,** | CASE NO. 8:08CV365 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| **BELLEVUE PUBLIC SCHOOLS a/k/a SCHOOL DISTRICT OF BELLEVUE IN SARPY COUNTY (NO. 77-0001 (BPS), RICHARD D. CASEY, SHARRA SMITH,** and **DR. DOUGLAS TOWNSEND,** | |
| Defendants. | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time (Filing No. 35) to Respond to Defendants' Motion for Summary Judgment (Filing No. 32). The Plaintiff has attached to his motion the Defendants' stipulation to the granting of the extension. (Filing No. 35-2).

Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 35) is granted; and

2. The Plaintiff will respond to the Defendants' Motion for Summary Judgment (Filing No. 32) on or before February 2, 2009.

DATED this 8th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge