## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARVIN BILLUPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CV365** |
| **vs.** ) | |
| ) | **ORDER** |
| **BELLEVUE PUBLIC SCHOOLS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This case came before the court for a Rule 16 planning conference. Plaintiff's counsel, Robert Broom appeared telephonically and defendants' counsel, Jocelyn Golden, appeared in person. Progression of the case reviewed.

**IT IS ORDERED:**

1. The defendants' Motion to Strike Plaintiff's Request for Jury Trial [25] is held in abeyance.

2. The Rule 16 conference is continued until after the ruling on the Motion for Summary Judgment [32].

Dated this 22nd day of January 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge