**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MARVIN D. BILLUPS,** | ) | **CASE NO. 8:08CV365** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BELLEVUE PUBLIC SCHOOLS a/k/a** | ) | |
| **SCHOOL DISTRICT OF BELLEVUE IN** | ) | |
| **SARPY COUNTY (NO. 77-0001) (BPS),** | ) | |
| **RICHARD D. CASEY, SHARRA** | ) | |
| **SMITH,** | ) | |
| **and DR. DOUGLAS TOWNSEND,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the Court on the parties' Stipulation (Filing No. 42). The parties have agreed to the entry of an Order extending the time for the Defendants to file a reply brief in response to the Plaintiff's Brief in Opposition to the Motion for Partial Summary Judgment Regarding Qualified Immunity filed by Defendants (Filing No. 40), from February 9, 2009, to February 16, 2009.

IT IS ORDERED:

1. The parties' Stipulation (Filing No. 42) is approved and the relief requested therein, is granted; and

2. The Defendants shall reply to the Plaintiff's brief (Filing No. 40) by filing its brief and index of evidence, if any, on or before February 16, 2009.

DATED this 10th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge