## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARVIN D. BILLUPS,** | ) | CASE NO. 8:08CV365 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **BELLEVUE PUBLIC SCHOOLS a/k/a** | ) | |
| **SCHOOL DISTRICT OF BELLEVUE IN** | ) | |
| **SARPY COUNTY (NO. 77-0001) (BPS),** | ) | |
| **RICHARD D. CASEY, SHARRA SMITH,** | ) | |
| **and DR. DOUGLAS TOWNSEND,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss Plaintiff's Complaint With Prejudice (Filing No. 65). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 65) is approved;

2. Plaintiff Marvin D. Billups's claims against all Defendants are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 29th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge